# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Jose Cedillo-Rojas  *Principal*

YOB: 1989

Mexico

CRIMINAL COMPLAINT

Case Number: M-18- 0752-M

United States District Court
Southern District of Texas
FILED
APR 10 2018
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 9, 2018** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Jose de Jesus Ramirez-Montoya, citizen of Mexico, and Maria Del Carmen Solorzano-Pereira, citizen of El Salvador, along with six (6) other undocumented aliens, for a total of eight (8) who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 9, 2018, a Border Patrol Agent observed a raft crossing the Rio Grande River from Mexico into the United States near Roma, Texas. The agent relayed his observations to the Aerostat Operator who then observed a group of ten suspected undocumented aliens walking north of where the raft had made landfall.

SEE ATTACHED:

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

Approved by
AUSA [signature]

Sworn to before me and subscribed in my presence,

David Bernal III   Senior Patrol Agent
Printed Name of Complainant

April 10, 2018                                at    McAllen, Texas
Date                                                City and State

J Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 0752-M

RE: Jose Cedillo-Rojas

**CONTINUATION:**

Agents responded on foot and gained visual of the group at a distance of approximately 15 yards. As the agents monitored the group, they saw a subject who was not wearing a shirt, telling the group where to go using hand gestures. The agents continued to monitor the group and observed the subject looking around and waving the group north into a canal.

At that moment agents surrounded the canal and approached the group of subjects. Agents identified themselves as Border Patrol Agents and were able to detain ten subjects. Agent proceeded to conduct an immigration inspection and determined the ten subjects were illegally present in the United States. One of the undocumented aliens who was apprehended within the group, later identified as Jose Cedillo-Rojas, was the only individual not wearing a shirt.

All subjects were arrested and transported to the Border Patrol station for processing.

Due to the arresting agents observations and interviews conducted at the Border Patrol station it was determined that Jose Cedillo-Rojas was guiding the group of undocumented aliens.

**Principal Statement:**

Jose Cedillo-Rojas, a citizen of Mexico, was advised of his Miranda Rights, stated he understood his rights, and refused to answer questions without the presence of an attorney.

**Material Witness 1:**

Maria del Carmen Solorzano-Pereira was read her Miranda Rights. She understood her rights and agreed to provide a sworn statement without the presence of an attorney.

Solorzano, a citizen of El Salvador, stated her friend made smuggling arrangements and was to pay $12,000 USD to be smuggled to the state of New York. Solorzano stated she illegally entered the United States with a group of individuals. Once in the United States she walked with the group who was guided by one individual. Solorzano stated that prior to illegally entering the United States the guide gave the group instructions using a map he drew on the ground. Solorzano indicated that moments before the group was apprehended the guide instructed them to run. Solorzano further stated the guide was apprehended along with the group. Solorzano identified Cedillo, through a photo lineup, as the guide.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-18- 0752-M

**RE:** Jose Cedillo-Rojas

**CONTINUATION:**

**Material Witness 2:**

Jose de Jesus Ramirez-Montoya was read his Miranda Rights. He understood his rights and agreed to provide a sworn statement without the presence of an attorney.

Ramirez, a citizen of Mexico, stated he made the smuggling arrangements and paid $3,000 upfront. After crossing the river along with eight others, Ramirez stated the guide instructed them to walk towards highway 83. Ramirez claims the foot guide was communicating with someone over the phone and they walked about 500 feet before border patrol apprehended them. Ramirez identified Cedillo, through a photo lineup, as the guide.